IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

HANS BIOMED HUMAN TISSUE
ENGINEERING CORPORATION,

    Plaintiff,

vs.                              CASE NO.: 1:07cv177-SPM/AK

REGENERATION TECHNOLOGIES,
INC.,

    Defendant.
_____/

**ORDER ENLARGING TIME TO RESPOND TO COMPLAINT
AND TO CONDUCT RULE 26(f) CONFERENCE**

This cause comes before the Court on the parties' Joint Motion for Enlargement of Time to Respond to Complaint and Conduct Rule 26(f) Conference (doc. 36). Upon consideration, it is

ORDERED AND ADJUDGED:

1.    The motion (doc. 36) is granted.

2.    The deadline to respond to the Complaint is October 24, 2007.

3.    The parties are to conduct the Rule 26(f) conference no later than November 7, 2007.

DONE AND ORDERED this 19th day of October, 2007.

                                            *s/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            United States District Judge