IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

HANS BIOMED HUMAN TISSUE
ENGINEERING CORPORATION,

    Plaintiff,

vs.                                        CASE NO.: 1:07cv177-SPM/AK

REGENERATION TECHNOLOGIES,
INC.,

    Defendant.
_____/

## ORDER CONTINUING TRIAL AND EXTENDING DEADLINES

Upon consideration, the parties' Joint Motion to Extend Discovery and Motion Deadlines and Motion to Continue the Trial Date (doc. 65) is granted. The following new deadlines are established:

| | |
|---|---|
| Mediation | January 31, 2009 |
| Hans' expert disclosure | March 1, 2009 |
| RTI's expert disclosure | April 15, 2009 |
| Fact discovery | June 1, 2009 |
| Expert discovery | June 1, 2009 |
| Dispositive motion | June 19, 2009 |
| Trial date | August 3, 2009 |

SO ORDERED this 5th day of December, 2008.

                    *s/ Stephan P. Mickle*
                    Stephan P. Mickle
                    United States District Judge