IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

HANS BIOMED HUMAN TISSUE
ENGINEERING CORPORATION,

      Plaintiff,

vs.                                    CASE NO.: 1:07cv177-SPM/AK

REGENERATION TECHNOLOGIES,
INC.,

      Defendant.
_____/

**ORDER OF DISMISSAL**

      Upon notification by counsel for Plaintiff that this case has settled, pursuant to Northern District of Florida Local Rule 16.2(D), it is

      ORDERED AND ADJUDGED:

      1.      This case is dismissed with prejudice.

      2.      All pending motions are denied as moot.

      3.      The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

      DONE AND ORDERED this 16th day of December, 2008.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge