IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

HANS BIOMED HUMAN TISSUE
ENGINEERING CORPORATION,

    Plaintiff,

vs.                                                CASE NO.: 1:07cv177-SPM/AK

REGENERATION TECHNOLOGIES,
INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

This case has been dismissed, with prejudice and each party bearing its own fees and costs, pursuant to the parties' Stipulation of Dismissal With Prejudice (doc. 69) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, the clerk shall close this case.

SO ORDERED this 8th day of January, 2009.

                                      *s/Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge